```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 11346
   ARTHUR L DAVIS
                                              CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-0715

--------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 06/26/2007 and was not confirmed.

     The case was dismissed without confirmation 08/08/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT    INTEREST    PRINCIPAL
                                                           PAID         PAID
--------------------------------------------------------------------------
AMERICAN HOME MORTGAGE    NOTICE ONLY   NOT FILED           .00          .00
AMERICAN HOME MTG         SECURED NOT I       .00           .00          .00
HOUSEHOLD MORTGAGE SERVI  SECURED NOT I       .00           .00          .00
AMERICAN HOME MTG         SECURED NOT I       .00           .00          .00
AMERICAN HOME MTG         SECURED NOT I       .00           .00          .00
PRO SE DEBTOR             DEBTOR ATTY         .00                        .00
TOM VAUGHN                TRUSTEE                                        .00
DEBTOR REFUND             REFUND                                         .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                         .00

PRIORITY                                           .00
SECURED                                            .00
UNSECURED                                          .00
ADMINISTRATIVE                                     .00
TRUSTEE COMPENSATION                               .00
DEBTOR REFUND                                      .00
                          --------------      --------------
TOTALS                          .00                .00

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 12/03/07          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```